IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00023-MR-DLH

| | |
|---|---|
| JEREMY TODD ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| LESLIE ANN SHAFFER, and ) | |
| FRANKLIN LEE SHAFFER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action against the Defendants on February 2, 2018. [Doc. 1]. On March 12, 2018, the Plaintiff filed executed summonses, indicating that all the Defendants had been served. [Docs. 4, 5]. On May 10, 2018, after receiving an extension of time to do so, Defendants United States of America, United States Postal Service, and Leslie Ann Shaffer filed an Answer to the Plaintiff's Complaint. [Doc. 8]. To date, Defendant Franklin Lee Shaffer has not made an appearance or otherwise defended this action, and the Plaintiff appears to have made no effort to prosecute the action further against this Defendant.

The Court will allow the Plaintiff fourteen (14) days to file an appropriate motion or otherwise take further action with respect to Defendant Franklin Lee Shaffer. The Plaintiff is advised that failure to take further action against this Defendant will result in the dismissal of the Plaintiff's claims against him.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to Defendant Franklin Lee Shaffer. **The Plaintiff is advised that failure to take further action against this Defendant will result in the dismissal of the Plaintiff's claims against him.**

**IT IS SO ORDERED.**

Signed: May 17, 2018

Martin Reidinger
United States District Judge