# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00023-MR-DLH

| | |
|---|---|
| JEREMY TODD ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| LESLIE ANN SHAFFER, and ) | |
| FRANKLIN LEE SHAFFER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Substitute the United States as the Sole Party Defendant and to Dismiss Defendant Franklin Lee Shaffer [Doc. 18].

For the reasons stated in the parties' Joint Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 18] is **GRANTED**, and the United States of America is hereby substituted as the sole party defendant for the United States Postal Service and Leslie Ann Shaffer.

**IT IS FURTHER ORDERED** that the Defendant Franklin Lee Shaffer is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: October 10, 2018

Martin Reidinger
United States District Judge